# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

**FILED**
**DEC 27 2011**
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States of America )
v. )
RYAN LAVERNE BARNHILL )
) Case No: 7:05-CR-69-1BO
) USM No: 50075-056
Date of Original Judgment: 03/09/2006 )
Date of Previous Amended Judgment: 09/16/2009 ) Thomas P. McNamara
*(Use Date of Last Amended Judgment if Any)*          Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ]DENIED. [✓]GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 41 months **is reduced to** 21 months in Count 1.

The sentence remains 84 months on Count 2, to run consecutively to the sentence in Count 1, producing a total term of 105 months imprisonment.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 9, 2006 and September 16, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-23-11

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
Printed name and title